IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-02516-WYD**

Ali NEJATBAKSH AZADANI,

    Plaintiff,

v.

Jefferson B. SESSIONS, United States Attorney General;
Christopher A. WRAY, Director, Federal Bureau of Investigation;
Kirstjen NIELSEN, United States Secretary, Department of Homeland Security; and
Lee CISSNA, Director, United States Citizenship and Immigration Services.

    Defendants.

---

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

---

The Plaintiff, Dr. Ali Nejatbaksh Azadani, by and through his undersigned counsel, hereby respectfully submits this Notice of Dismissal pursuant to Fed. R. Civ. P. 41, for the following reasons:

1. Fed. R. Civ. P. 41(a)(1)(A) provides that a plaintiff in a civil action may dismiss the action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.
2. The Respondents in this matter have not yet filed an answer or motion for summary judgment.
3. However, the Respondents have scheduled an interview for the Plaintiff on his application for naturalization, the Plaintiff has successfully completed his interview and exam, and the Plaintiff is currently awaiting his naturalization oath ceremony.
4. Pursuant to the Rule, the resulting dismissal will be without prejudice.
5. No party to this proceeding would be prejudiced by this dismissal.

For the foregoing reasons, the Plaintiff, Dr. Nejatbaksh Azadani asks that this action be dismissed without a court order.

Dated this 7th day of December 2018.

Respectfully Submitted,

/s/ Catherine A. Chan
Catherine A. Chan
Chan Law Firm
1900 Grant St., Suite 750
Denver, CO 80203
Phone: (303) 586-5555
Fax: (303) 586-5727
cchan@chanimmigration.com
*Attorney for Dr. Nejatbaksh Azadani*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

>Mr. Timothy Jafek
>Assistant U.S. Attorney
>Email: timothy.jafek@usdoj.gov

/s/ Catherine A. Chan
Catherine A. Chan

December 7, 2018